UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANA MARIA MEJIA, by her legal guardian GENRRI DANIEL MORALES and GENRRI DANIEL MORALES, her husband, individually and on behalf of their minor children,

CASE NUMBER: 13 CV 1789

V.

*Plaintiffs*

THE UNITED STATES OF AMERICA, -and- ORANGE REGIONAL MEDICAL CENTER

*Defendants*

---

## AFFIDAVIT OF SERVICE

State of New York    }
County of New York   } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **3/20/2013** at **1:09 PM** at **86 Chambers Street, 3rd Floor, New York, NY 10007**

deponent served a(n) **Summons in a Civil Action and Complaint, Certificate of Merit, Individual Practices of Judge Edgardo Ramos, Electronic Case Filing Rules & Instructions**

on **The United States of America, by serving Preet Bharara, United States Attorney, Southern District of New York**, by delivering thereat a true copy of each to **Lisa Ahearn** personally,

deponent knew said United States agency or officer so served to be the United States agency or officer described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Mailed copy on: **3/21/2013** at **1:00 PM**
via certified mail receipt # 7012 2210 0000 5555 6395 to:
Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Description of Person Served:
Gender : Female
Skin : White
Hair : Blonde
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight : 131-160 lbs
Other : Glasses

Sworn to before me this
21st day of March, 2013

---------------------------------
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

---------------------------------
Juan Aguirre
License No. 843839

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA MARIA MEJIA, by her legal guardian GENRRI DANIEL MORALES and GENRRI DANIEL MORALES, her husband, individually and on behalf of their minor children,<br><br>V.                                                                    *Plaintiff*<br><br>THE UNITED STATES OF AMERICA, -and- ORANGE REGIONAL MEDICAL CENTER<br><br>                                                                             *Defendant* | CASE NUMBER: 13 CV 1789 |

## AFFIDAVIT OF SERVICE

District of     }
Columbia     } ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in Washington, D.C.

That on **3/20/2013** at **11:36 AM** at **950 Pennsylvania Avenue, NW, Washington, DC 20530**

deponent served a(n) **Summons in a Civil Action and Complaint, Certificate of Merit, Individual Practices of Judge Edgardo Ramos, Electronic Case Filing Rules & Instructions**

on **The United States of America, by serving Eric H. Holder, Jr., Attorney General of the United States, U.S. Department of Justice**, by delivering thereat a true copy of each to **Steffon Edmonds** personally,

deponent knew said United States agency or officer so served to be the United States agency or officer described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Male
Skin :  Brown
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
21st day of March, 2013

_____
NOTARY PUBLIC

Michael Molash
Notary Public, District of Columbia
My Commission Expires 7/14/2017

_____
Daniel Williams

Serving By Irving Inc. | 233 Broadway, Suite 2201 | New York, NY 10279

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ 2.32 | 0005 |
| Certified Fee | $3.10 | 05 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 5.42 | 03/21/2013 |

Sent To ATTORNEY GENERAL OF THE UNITED STATES
U.S. DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No. 950 PENNSYLVANIA AVENUE, NW
City, State, ZIP+4 WASHINGTON, DC 20530-0001

PS Form 3800, August 2006         See Reverse for Instructions

7012 2210 0000 5555 6395

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA MARIA MEJIA, by her legal guardian GENRRI DANIEL MORALES and GENRRI DANIEL MORALES, her husband, individually and on behalf of their minor children,

CASE NUMBER: 13 CV 1789

V.

Plaintiff

THE UNITED STATES OF AMERICA, -and- ORANGE REGIONAL MEDICAL CENTER

Defendant

## AFFIDAVIT OF SERVICE

District of Columbia } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Washington, DC

That on 3/20/2013 at 12:26 PM at 200 Independence Avenue S.W., Washington, DC 20201

deponent served a(n) **Summons in a Civil Action and Complaint, Certificate of Merit, Individual Practices of Judge Edgardo Ramos, Electronic Case Filing Rules & Instructions**

on **The United States of America, by serving Secretary Kathleen Sebelius, U.S. Department of Health & Human Services**, by delivering thereat a true copy of each to **Geraldine Adair** personally,

deponent knew said United States agency or officer so served to be the United States agency or officer described in said documents as said defendant and knew said individual to be **General Counsel/Authorized Agent** thereof.

Description of Person Served:
Gender : Female
Skin : Brown
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight : Over 200 Lbs.
Other :

Sworn to before me this
20th day of March, 2013

_____
NOTARY PUBLIC

Andrew Yonki
Notary Public, District of Columbia
My Commission Expires 9/14/2014

_____
Daniel Williams

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279